**Order filed February 24, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00337-CR**

_____

**JOHN HUGHES HILL, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 13CR0095**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit 37, a video.**

The clerk of the 212th District Court is directed to deliver to the clerk of this court the original of State's exhibit 37, a video, on or before **March 10, 2015.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 37, a video, to the clerk of the 212th District Court.

PER CURIAM